**Aubrey GIST, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27549.**

Court of Criminal Appeals of Texas.

April 27, 1955.

164

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is present for review.

The judgment is affirmed.